OPINION CONCURRING IN PART
AND CONCURRING IN THE
JUDGMENT BY RECKTENWALD, C.J.

I join in all aspects of the Majority's opinion except the discussion in Part IV-B of whether the circuit court's alleged intimidation of the defendant played a role in his decision not to testify. As the Majority notes, that discussion addresses an issue that is not necessary to the opinion, and accordingly, I do not join in that portion of the Majority opinion.

With regard to the Tachibana colloquy, I join the Majority's analysis because I believe the court was required to follow up more completely on defendant's comment that "I want to [testify] but I can't, I don't think I can, so I'm not going to." The court responded to that comment by reiterating that "it's your decision, it's your case, and it's you who has to make that decision," and defendant stated, "I choose not to." However, given the ambiguity of defendant's comment that "I can't" testify, the court should have inquired about the basis for defendant's apparent doubt. The need to inquire further in light of that comment was particularly clear in light of defendant's conduct earlier in the trial, which in effect constituted a "salient fact" that required additional caution on the part of the trial judge. See State v. Gomez-Lobato, 130 Hawai'i 465, 470-73, 312 P.3d 897, 902-05 (2013).

402 P.3d 510

Diane **KAWASHIMA**, individually and on behalf of all others similarly situated, **Plaintiff–Appellee/Cross–Appellant,**

v.

**STATE of Hawai'i, DEPARTMENT OF EDUCATION; Kathryn S. Matayoshi, in her official capacity as Superintendent of Schools; Lance A. Mizumoto, Brian J. Delima, Patricia Bergin, Grant Y.M. Chun, Maggie Cox, Hubert Minn, Ken-**

---

neth Uemura, Bruce Voss, Jim Williams, Andrea Lyn Mateo, and Colonel Peter P. Santa Ana, in their official capacities as members of the State of Hawai'I Board of Education, Defendants–Appellants/Cross–Appellees,

David Garner, Patricia Smith, Andrea Christie, Allan Kliternick, Karen Souza, Jo Jennifer Goldsmith, and David Hudson, on behalf of themselves and all others similarly situated, Plaintiffs–Appellees,

v.

State of Hawai'i, Department of Education, Defendants–Appellants.

Allan Kliternick, David Garner, Jo Jennifer Goldsmith, and David Hudson, individually and on behalf of all others similarly situated, Plaintiffs–Appellees,

v.

Kathryn S. Matayoshi, in her official capacity as Superintendent of Schools, Lance A. Mizumoto, Brian J. Delima, Patricia Bergin, Grant Y.M. Chun, Maggie Cox, Hubert Minn, Kenneth Uemura, Bruce Voss, Jim Williams, Andrea Lyn Mateo, and Colonel Peter P. Santa Ana, in their official capacity as members of the State of Hawai'i Board of Education, Department of Education, State of Hawai'i, Defendants–Appellants.

SCAP–15–0000462

Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i, July 27, 2017

By: Recktenwald, C.J.

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiffs–Appellees timely filed a motion for reconsideration (Motion) on July 20, 2017,

asking this court to reconsider our June 28, 2017 opinion (Opinion).

This court, having reviewed the Motion, together with the Opinion, and the records and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.